IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHARLES W. MCDONALD,

    Plaintiff,

                                  No. 18-2084-JTF-dkv

vs.

DR. ROBERT SCHRINER,
BAPTIST SLEEP DISORDER CENTER,
BAPTIST MEMORIAL HOSPITAL,
WEST-WARD PHARMACEUTICALS CORP.,
GLENMARK PHARMACEUTICALS, INC.,
GLENMARK PHARMACEUTICALS, INC., USA,
GLAXOSMITHKLINE LLC,
GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, and
WALGREENS,

    Defendants.

---

REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS FILED BY DR.
SCHRINER, BAPTIST SLEEP DISORDER CENTER, AND BAPTIST MEMORIAL
HOSPITAL

---

On February 5, 2018, the plaintiff, Charles W. McDonald ("McDonald"), filed a *pro se* complaint against the following nine defendants: Dr. Robert Schriner ("Dr. Schriner"), Baptist Sleep Disorder Center, Baptist Memorial Hospital, West-Ward Pharmaceuticals Corp., Glenmark Pharmaceuticals, Inc., Glenmark Pharmaceuticals, Inc., USA, Glaxosmithkline LLC, Glaxosmithkline Consumer Healthcare Holdings (US) LLC, and Walgreens. (Compl., ECF No. 1.) In the complaint, McDonald alleges negligence claims against the defendants as a result of being prescribed

the drug Requip for restless leg syndrome, which drug allegedly caused him to gamble excessively. (*Id.* at 6.) McDonald paid the civil filing fee. (ECF No. 2.) This case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate. (Admin. Order 2013-05, Apr. 29, 2013.)

On February 14, 2018, two of the defendants, Baptist Memorial Hospital and Baptist Sleep Disorder Center, a department of Baptist Memorial Hospital, jointly filed a motion to dismiss the complaint for lack of subject matter jurisdiction. (ECF No. 19.) On February 21, 2018, defendant Dr. Schriner also filed a motion to dismiss the complaint for lack of subject matter jurisdiction. (ECF No. 23.) On February 28, 2018, McDonald voluntarily dismissed, without prejudice, Dr. Schriner, Baptist Sleep Disorder Center, and Baptist Memorial Hospital as defendants pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 24.)

Accordingly, it is recommended that that the motions filed by Baptist Memorial Hospital, Baptist Sleep Disorder Center, and Dr. Schriner, to dismiss the complaint for lack of subject matter jurisdiction, be denied as moot.

Respectfully submitted this 12th day of March, 2018.

s/Diane K. Vescovo
DIANE K. VESCOVO
CHIEF UNITED STATES MAGISTRATE JUDGE


NOTICE

Within fourteen (14) days after being served with a copy of this report and recommended disposition, a party may serve and file written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Failure to file objections within fourteen (14) days may constitute a waiver of objections, exceptions, and further appeal.