UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CHARLES W. MCDONALD,**

    Plaintiff,

v.    Case No.   2:18-cv-02084-JTF-dkv

**ROBERT SCHRINER, Head of Baptist Sleep Disorders Center; BAPTIST SLEEP DISORDER CTR.; BAPTIST MEM'L HOSP.; WEST-WARD PHARM. CORP.; GLENMARK PHARM., INC.; GLENMARK PHARM., INC., USA; GLAXOSMITHKLINE LLC; GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC; and WALGREENS,**

    Defendants.

# JUDGMENT

    **DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Adopting Magistrate Judge's Report and Recommendation to Grant the Remaining Defendants' Motions to Dismiss and Dismiss Plaintiff's Complaint with Prejudice entered by this Court on March 5, 2019.  (ECF No. 63.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                             THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                                    CLERK
UNITED STATES DISTRICT JUDGE

March 5, 2019                                                                           s/Devon C. Muse
DATE                                                                                 (BY)LAW CLERK